UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                      Case No. 22-30248
                                        Originating No. 21CR20

**FRANK CUNNINGHAM,**

    Defendant.

_____/

GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **FRANK CUNNINGHAM** to answer charges pending in another federal district, and states:

    1.  On May 24, 2022, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Western District of Pennsylvania based on an Indictment. The defendant is charged in that district with violating 21 USC Sections 841(a)(1) and

841(b)(1)(A)(viii) – Possession with Intent to Distribute Five Hundred Grams or More of Methamphetamine.

2.  Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Dawn N. Ison
United States Attorney

*s/ William Sloan*
WILLIAM SLOAN
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: May 24, 2022